Jared S. Dahle
NELSON & DAHLE, P.C.
316 North 25th Street
Billings, MT 59101
(406) 867-7000
(406) 867-0252 Fax
Attorneys for Big Horn County Sheriff's Department

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RANDY BONOGOFSKY,<br><br>        Plaintiff,<br><br>vs.<br><br>BIG HORN COUNTY SHERIFF'S DEPARTMENT, AND JOHN DOES 1-49,<br><br>        Defendants. | Cause No. CV 08-32-BLG-RFC<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446** |

Defendant Big Horn County Sheriff's Department, by and through its attorneys, Nelson & Dahle, P.C., as Defendant in *Randy Bonogofsky v. Big Horn County Sheriff's Department, and John Does 1-49,* Cause No. DV-07-89, in the Montana Twenty-Second Judicial District Court, Big Horn County, hereby petitions for removal of the above-described cause of action to this Court and respectfully shows as follows:

1. Plaintiff's Complaint in the above-entitled matter seeks a recovery for damages associated with the alleged use of excessive force by law enforcement officers which resulted in the alleged violation of his Constitutional rights pursuant to 42 U.S.C. § 1983.

2. As such, Plaintiff's Complaint is a civil action arising under the Constitution, laws, or treaties of the United States.

3. The Court therefore has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331.

4. The above-entitled cause of action is therefore proper for removal to this Court pursuant to 28 U.S.C. § 1441(a).

5. Defendant Big Horn County Sheriff's Department was served with the Summons and Complaint on January 24, 2008. Defendant Big Horn County Sheriff's Department's Petition for Removal is therefore timely and proper pursuant to 28 U.S.C. § 1446(b).

6. A copy of the Complaint served upon Defendant in the above-entitled action is attached hereto as Exhibit "A" in accordance with 28 U.S.C. § 1446(a).

DATED this 22nd day of February, 2008.

/s/ Jared S. Dahle
Jared S. Dahle
NELSON & DAHLE, P.C.
ATTORNEYS FOR BIG HORN COUNTY
SHERIFF'S DEPARTMENT

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of February, 2008, a copy of the foregoing **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446** was duly served by first class mail, postage prepaid, upon the following:

Robert L. Stephens, Jr.
SOUTHSIDE LAW CENTER
P.O. Box 1438
Billings, MT  59103-1438
    Attorney for Plaintiff

/s/ Jared S. Dahle
Jared S. Dahle
NELSON & DAHLE, P.C.
ATTORNEYS FOR BIG HORN COUNTY
SHERIFF'S DEPARTMENT

c:    Scott Wallace (Claim No. 37740)